IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JASON TASHAMBI SANDERS                                            PLAINTIFF
ADC #156550

V.                          CASE NO.  2:20-cv-00241 JM

TYLER LOCK, *et al*.                                              DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.  The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 22nd day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE